In the Matter of the Settlement of the Accounts of J. Ewing Durand and One, as Executors, etc.—Decree of Surrogate's Court affirmed, with costs. All concurred.

The Carthage Tissue Paper Mills, Respondent, v. The Village of Carthage and Others, Respondents, Impleaded with Carthage Electric Light and Power Company, Appellant. — Judgment affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

In the Matter of the Application for the Appointment of an Administrator, etc., of Ira L. Crandall, Deceased. Nettie Crandall, Appellant; Milton W. Davison and George F. Crandall, Respondents.— Decree of Surrogate's Court affirmed, with costs. All concurred.

The People of the State of New York ex rel. American Agricultural Chemical Company, Appellant, v. Police Court of the City of Rochester and Others, Respondents.— Order affirmed, with costs. All concurred.

Leonardo Crimi, as Administrator, etc., of Carmelina L. Crimi, Deceased, Respondent, v. Buffalo and Lake Erie Traction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Lux, Appellant, v. Theophil Senger, Respondent.— Judgment affirmed, with costs. All concurred.

Nathaniel W. Maxwell, Respondent, v. Dexter Sulphite Pulp and Paper Company and James E. Rice, Appellants.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Henry C. Fisher and Henry G. Fisher, Respondents, v. George W. Hartzel, Appellant.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. George S. Foster, Appellant.— Judgment and order affirmed. ' All concurred.

George H. McMichael, Respondent, v. Samuel R. Armstrong, Appellant.— Judgment and order affirmed, with costs. All concurred.

The Terminal Railway of Buffalo, Appellant, v. Joseph H. Ast and Others, Respondents.— Order confirming report of commissioners reversed, report of commissioners set aside and rehearing ordered before a new commission to be appointed by the Special Term, costs to abide the ultimate award of costs in the proceeding. Held, that incompetent evidence on the question of damages was received by the commissioners and that the damages were excessive. All concurred, except McLennan, P. J., and Robson, J., who dissented and voted for affirmance.

Gustavus A. Bentley and Others, as Executors, etc., of Fred A. Bentley, Deceased, Appellants, v. George H. Ahrens and Clinton B. Winsor, Respondents. — Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Helen Mensing, Appellant.— Order affirmed. All concurred.